FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
MAY 26 2010
/s/ Deputy Clerk
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-00144 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| EMANUELE RAYMOND BUTERA | ) | 18 U.S.C. § 152(1) |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about April 20, 2007, in the Middle District of Tennessee, **EMANUELE RAYMOND BUTERA**, in and in relation to a Title 7 case, namely, a case captioned "Emanuele Raymond Butera, Jennifer Carol Butera, Debtors" Case Number 07-02736-GP3-7 in the United States Bankruptcy Court for the Middle District of Tennessee, Nashville Division, knowingly and fraudulently concealed assets belonging to the estate of the debtor from the trustee charged with the control and custody of property, namely, **EMANUELE RAYMOND BUTERA** knowingly and fraudulently concealed approximately $301,230 in cash from the trustee.

In violation of Title 18, United States Code, Section 152(1) and 2.

_____
JERRY E. MARTIN
UNITED STATES ATTORNEY

_____
TY E. HOWARD
ASSISTANT UNITED STATES ATTORNEY