IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
UNITED STATES OF AMERICA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) CASE NO. 3:10-cr-00144 |
| | ) |
| EMANUELE BUTERA | ) |

### MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL

Comes now undersigned counsel and hereby respectfully moves this Honorable Court to allow him to file the pleading contemporaneously filed under seal.

Respectfully submitted,

\_\_\_s/ Patrick G. Frogge
PATRICK G. FROGGE, No. 20763
Bell, Tennent & Frogge
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110 (telephone)
(615) 244-1114 (facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically to Assistant U.S. Attorney Ty Howard, Suite A-961, 110 Ninth Avenue, South, Nashville, Tennessee 37203 on this the 7th day of December, 2010.

\_\_\_s/Patrick G. Frogge_____
PATRICK G. FROGGE